**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 15-7456**

───────────

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

RAOUL LAFOND, a/k/a Chris Lafond, a/k/a Jim, a/k/a Jamaican
Jim, a/k/a Derrick Burch, a/k/a Fletcher Busbee, a/k/a
Ronald Elie, a/k/a Ronald Ely,

              Defendant - Appellant.

───────────

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  William L. Osteen,
Jr., Chief District Judge.  (6:96-cr-00212-WO-1)

───────────

Submitted:  January 28, 2016     Decided:  February 19, 2016

───────────

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Raoul Lafond, Appellant Pro Se.  Robert Michael Hamilton, Angela
Hewlett Miller, Assistant United States Attorneys, Greensboro,
North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raoul Lafond appeals the district court's order denying relief on his motion for reduction of sentence, 18 U.S.C. § 3582 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Lafond, No. 6:96-cr-00212-WO-1 (M.D.N.C. Sept. 2, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

                                                    AFFIRMED